**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 04-1985**

NICHOLE JONES,

                              Plaintiff - Appellant,

     versus

GALE A. NORTON, Secretary, United States
Department of the Interior,

                              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-03-1392-1)

Submitted: February 24, 2005       Decided: March 4, 2005

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alan Banov, ALAN BANOV & ASSOCIATES, Washington, D.C., for Appellant. Paul J. McNulty, United States Attorney, Steven E. Gordon, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nichole Jones appeals the district court's order granting summary judgment to defendant in Jones' employment discrimination suit.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Jones v. Norton, No. CA-03-1392-1 (E.D. Va. July 22, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED